IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In The Matter of the Search of

University of Massachusetts
Dorm Room of
Thomas Kennedy McCormick

Court No. 13-MJ-3104-KPN

### GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT

The United States of America respectfully moves this court to unseal the materials relative
to the above-captioned search warrant, which was ordered sealed by this Court on December 4,
2014.   The warrant was executed on December 5, 2013.   The reasons for sealing the warrant have
been satisfied.   There is a need to disclose the warrant and affidavit in connection with prosecution
of a criminal case, United States v. McCormick, et al, Cr. 18-359(JDB) in the U.S. District Court
for the District of Columbia. This request was conveyed to the undersigned by Assistant U.S.
Attorneys John P. Dominguez and Peter Roman of the United States Attorney's Office for the
District of Columbia.    THEREFORE, the Government moves the court to issue an order
unsealing the case.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By:      /s/    *Anne Paruti*
Anne Paruti
Assistant United States Attorney

Dated: July17, 2019